IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-40836
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RAUL RIOS-AMAYA,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-01-CR-868-1
- - - - - - - - - - -
December 12, 2002

Before JOLLY, JONES, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

    Raul Rios-Amaya (Rios) appeals his guilty-plea conviction
under 18 U.S.C. § 922(g)(1) for possession of a firearm by a
convicted felon.  He argues for the first time on appeal that the
factual basis for his guilty plea, which showed his intrastate
possession of a firearm manufactured outside the state, was
insufficient to establish the nexus with interstate commerce
required by 18 U.S.C. § 922(g)(1).  He acknowledges that his

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

claim is foreclosed by existing Fifth Circuit precedent and states that he raises the claim to preserve it for possible Supreme Court review.

Rios's claim is foreclosed by circuit precedent. See United States v. Cavazos, 288 F.3d 706, 712-13 (5th Cir.), cert. denied, 123 S. Ct. 253 (2002); United States v. Daugherty, 264 F.3d 513, 518 & n.12 (5th Cir. 2001), cert. denied, 534 U.S. 1150 (2002). Accordingly, the district court's judgment is AFFIRMED.